# MEMORANDUM CASE.

[Civ. No. 1933. Second Appellate District.—December 31, 1915.]

BAKERSFIELD & KERN ELECTRIC RAILWAY COMPANY (a Corporation), Petitioner, v. GEORGE W. HAY et al., Respondents.

REFERENDUM PETITION—ELECTION—CITY OF BAKERSFIELD.—Writ of mandate denied on the authority of *Bakersfield & Kern Electric Ry. Co.* v. *Hay, ante,* p. 289.

APPLICATION for a writ of mandate.

The facts are similar to those stated in the opinion in *Bakersfield & Kern Electric Ry. Co.* v. *Hay, ante,* p. 289.

Short & Sutherland, and Borton & Theile, for Petitioner.

E. F. Brittan, and Walter Osborn, for Respondents.

THE COURT.—In response to an alternative writ issued herein, the respondents have filed a general demurrer. The facts are the same and the questions presented for decision are the same as in *Bakersfield & Kern Electric Ry. Co.* v. *Hay* (Civil No. 1934), *ante,* p. 289 [155 Pac. 132], petition for writ of prohibition, in which decision has been filed this day. For the reasons stated in the opinion filed in that case the demurrer is sustained and the application for peremptory writ of mandate herein is denied.